No. 816.   City of Milwaukee et al. v. United States et al.   May 1, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Walter J. Mattison, Omar T. McMahon, Oliver L. O'Boyle,* and *C. Stanley Perry* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Valentine Brookes, Vernon L. Wilkinson,* and *Thomas L. McKevitt* for respondents.

No. 823.   American West African Line, Inc. et al. v. "Huilever" S. A. Division Huileries du Congo Belge et al.   May 1, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John W. Crandall* and *Geo. Whitefield Betts, Jr.* for petitioners. *Messrs. Thomas H. Middleton* and *Gregory S. Rivkins* for "Huilever" S. A. Division Huileries du Congo Belge et al., and *Messrs. J. M. Richardson Lyeth* and *Mark W. Maclay* for J. H. Rossbach & Bros. et al., respondents.

No. 824.   Howell v. Commissioner of Internal Revenue; and

No. 825.   Estate of Howell v. Commissioner of Internal Revenue.   May 1, 1944.   Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert Ash* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Harry Baum,* and *Miss Helen R. Carloss* for respondent.

No. 827.   Murphy v. City of Asbury Park.   May 1, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Theodore*